# UNITED STATES DISTRICT COURT

FILED



**EASTERN**   DISTRICT OF   **CALIFORNIA**

MAY – **6** 2010

——oOo——

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

RAUL OJEDA ⌐_____  .___⌐) and
DANIEL DIAZ ⌐

## CRIMINAL COMPLAINT

CASE NUMBER:

1: 10 – MЯ-00 104 – Sms

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 16, 2009** in **Kern** County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

Conspire to commit armed robbery of a US Postal Service Employee
Conspire to use a firearm to forcibly kidnap and rob a United States Postal Employee of mail, cash and items belonging to the United States Postal Service
Forcibly steal United States Mail and property belonging to the United States Postal Service

in violation of Title 18 , United States Code, Section(s) 371, 1201, 1708, 2114.
I further state that I am a(n) United States Postal Inspector with the United States Postal Inspection Service and that this complaint is based on the following facts:

▸   **SEE ATTACHMENT "A"**

Continued on the attached sheet and made a part of this complaint:   **x**  _____

Connie R. Worrel
United States Postal Inspection Service

Sworn to before me, and signed in my presence
May 6, 2010                                          at      Fresno,          California

Date                                                              City                State

Hon. Sandra M. Snyder        U. S. Magistrate Judge

Name of Judge                        Title of Judge                  Signature of Judge

1

2

## ATTACHMENT A

3   Affidavit of Connie R. Worrel in Support of Probable Cause of a

4   Criminal Complaint and arrest warrant.

5

6   I, Connie R. Worrel, being duly sworn, disposed and state:

7

8   I.    EXPERIENCE AND TRAINING

9          1. I am a United States Postal Inspector assigned to
10            investigate the unlawful use of the U.S. Mails for
11            criminal activity, to include theft of the United States
12            Mails, Robbery and Burglary of U.S. Postal Facilities,
13            Identity Theft, counterfeiting of U.S. Postal Money
14            Orders, Wire Fraud, and Bank Fraud. I have been a Postal
15            Inspector since January 21, 2006 and I am currently
16            assigned to the Los Angeles Division of the United States
17            Postal Inspection Service in Bakersfield, CA. Prior to
18            becoming a U.S. Postal Inspector, I was a Probation
19            Officer for Maricopa County Adult Probation Department
20            from February 24, 1997 through January 14, 2006.

21

22         2. I have received formal training from the Inspection
23            Service in the areas of mail fraud, mail theft, identity
24            theft, wire fraud, bank fraud, robberies and burglaries
25            to include formal classroom training.

26

27         3. Base on my experience, training and consultation with
28            other local, state and federal law enforcement

1

officers/agents, I am familiar the current methods individuals and gangs use in robberies to obtain funds from victims.

4. As set forth below, I believe I have probable cause to believe that Daniel Diaz and Raul Ojeda have committed violations of Title 18, United States Code, Section 371, Conspiracy to commit a crime of violence robbery, Title 18, Section 1201, Kidnapping, Title 18, Section 1708, Theft or receipt of stolen mail matter, and Title 18 Section 2114 (a) Assault to obtain mail, money or other property of United States, and that a criminal complaint and arrest warrant for the above mentioned individuals are to be obtained.

## II.    BACKGROUND

5. The facts contained in this affidavit are known to me as a result of my personal participation in this investigation or were related to me by other law enforcement officers and witnesses personally.

6. On October 16, 2009, I was notified by Los Angeles Division Inspection Service Personnel of robbery with threat had occurred on a U.S. Postal Service Highway Contract Driver while he was performing his duties in Taft, CA.

2

7. I responded to the scene and interviewed the victim who stated he was stopped at a stop sign when an unknown individual entered into the cab of his trailer truck with a handgun and forced him to drive to a nearby abandoned hospital. The victim stated once he was at the abandoned hospital, the unknown individual ordered the victim to tie himself up with zip ties but also gave him a string from his hooded sweatshirt.   The unknown individual removed the seal on the truck and stole approximately seven mail bags containing mail and bank deposits, the key to the truck, the sim card and battery to the victim's cellular phone. The victim stated he heard a vehicle arrive at the truck to pick up the unknown individual but did not observe the second individual or vehicle because the side mirrors had been moved forward by the first unknown individual.   The victim stated the first unknown individual stated "Now you go back to the plant and tell them what happened" prior to leaving indicating he was aware of Postal terms.

8. The victim described the first unknown individual as a Hispanic male, between the ages of 19 and 22, approximately five feet eleven inches, weighing approximately 165 to 175 pounds, short black hair, wearing a black hooded sweatshirt with red writing, dark colored khaki pants, gray gloves and white and black tennis shoes. The victim described the handgun the victim

3

1         was holding as a sliver, snub nose, semiautomatic caliber

2         handgun with a black or dark brown handle.

3

4   **III. FACTS**

5

6        **9.** October 19, 2009, the victim reported to the U.S. Postal

7          Inspection Service Office and participated in the drawing

8          composite of the unknown individual.

9

10       **10.**    On October 19, 2009, I contacted Karen Wood the US

11          Postal Transportation Manager and obtained the

12          applications for the drivers and owner of the Taft, CA

13          route. I obtained four names, Raul Ojeda, Adam Avecedo,

14          and the victim in this robbery. I observed on Ojeda's

15          application that he listed 9112 Carvalho Ct.,

16          Bakersfield, CA 93311 as his residence.

17

18       **11.**    On October 20, 2009, I ran an Accuriant check on

19          Raul Ojeda and observed he had previously resided at 9112

20          Carvalho Ct., Bakersfield, CA 93311 along with Diaz

21          family including Daniel Diaz.

22

23       **12.**    On October 20, 2009, Sergeant Beilby and I reviewed

24          surveillance cameras from the City Hall building in Taft,

25          CA. At approximately 17:15 pm red older model Ford

26          Thunderbird is seen approaching the curb in front of the

27          park. At approximately 17:24 pm, the US Mail truck is

28          seen driving by the same video surveillance camera.

13.     On October 22, 2009, I disseminated the composite sketch of the unknown individual to Taft Police Department, Kern County Sheriff's Office, Maricopa Police Department and Bakersfield Police Department.

14.     On December 1, 2009, US Postal Inspector Renee Focht released a copy of sketch to the local media in Bakersfield, CA area requesting assistance on identifying the unknown suspects.

SMS CEU

15.     On December 2, 2009, Source of Information (SOI) 1 contacted the United States Postal Inspection Service Hotline indicating he had information regarding the robbery which had occurred in Taft, CA on October 16, 2009.    I interviewed SOI 1 who stated once he saw the sketch the on the internet he recognized the person to be Daniel Diaz.    The SOI 1 stated he had spoke with Daniel "Danny" Diaz on October 16, 2009 at approximately 4:50 pm via Johnny Gallegos or Mike Milligan cellular phone. Danny said he was in Taft, CA waiting on something.    SOI 1 stated at approximately 8:00 pm on October 16, 2009, he went to Danny Diaz's residence at 9112 Carvahlo Ct, Bakersfield, CA looking for a friend.    Diaz invited the SOI of information into the residence where he observed a small handgun with a black handle and chrome on it.    The handgun was approximately four and a half to 5 inches long with a magazine clip.    Inside the residence SOI 1 also observed several thousands of dollars in cash laid

5

out on the coffee table and some US Mail.  Diaz stated he obtained the weapon illegally one day earlier.  SOI 1 asked Diaz where he got all the money, who replied he couldn't say because it was going to be on the news and he would be in trouble for it.  SOI 1 left residence when Diaz informed him Jeff Reynolds was on his way over to be paid some money.

*Sms CPD*

16.    On October 16, 2009, after the SOI 1 left Diaz residence he went to the residence of Daniel Carcuses. Later in the evening Diaz arrived at the residence with a wallet full of money.  As Diaz was leaving the residence an altercation occurred between Diaz an unknown individual at which time SOI asked Carcuses if they were in harms way.   Carcuses stated they were not in any danger because "They got a good word from someone and robbed a postal guy."  Carcuses informed the SOI 1 that Danny had used a gun during the robbery but did not harm anyone.

17.    On December 3, 2009, I obtained a photo of Daniel Diaz who resided at 9112 Carvalho Ct., Bakersfield, CA and created a photo line up.  I showed SOI 1 the photo line up where he positively identified Daniel Diaz as the person he saw with the money and guns on October 16, 2009 at 9112 Carvahlo Ct., Bakersfield, CA.

6

18.     On December 3, 2009, I obtained the phone cellular phone records from SOI 1 to confirm he did call Mike Milligan 661 889-7951 at 4:30 pm and then Johnny Gallegos at 4:31 pm at 661 369-9035. The phone records revealed SOI 1 did call both phones as indicated.

19.     On March 11, 2010, SOI 2 contacted the United States Postal Inspection Service Hotline indicated he saw the reward poster on the internet and had information regarding the postal robbery in Taft, CA on October 16, 2009.

20.     On March 12, 2010, I spoke with SOI 2 who stated he knew Daniel "Danny" Diaz was the gunman in the robbery and Diaz's uncle "Raul" Ojeda was the mastermind behind the plan.  SOI 2 said the sketch appeared similar to Diaz and recognized him because he was friends with him.  SOI 2 said Raul would go to Diaz's residence once a week where Raul and Diaz would plan and talk about the robbery.  SOI 2 stated Ojeda drove an older model Red Ford Thunderbird. SOI 2 stated Raul knew the driver of the postal truck and felt he would not fight during the robbery.  SOI 2 stated Diaz had been bragging about the robbery admitting that he brandished a weapon while he tied up the driver and then stole cash and checks.  After the robbery, Diaz bragged that he received approximately $2,000.00 in cash and Ojeda took the rest.

7

21.     On March 16, 2010, I interviewed SOI 2 who stated he was at Diaz's residence on October 16, 2009 at approximately 4:30 pm when he, Diaz, Ojeda, Reynolds, and Carcuses decided to go driving and ended up in Taft, CA. SOI 2 stated he observed Ojeda pull up to the park on Kern Street and drop Diaz off at the park. SOI 2 stated he saw the US Mail truck approaching the park and watched Diaz run the street and jump into the US Mail truck at the intersection of Kern St. and Hwy 119. SOI 2 stated he did not know Diaz and Ojeda were going to rob the postal truck that night and left after he saw Ojeda drop Diaz off at the park. SOI 2 stated he witnessed Diaz running and jumping into the postal truck because he was two vehicles behind the postal truck when it happened.

22.     On May 3, 2010, I was contacted by Lieutenant Whiting from the Taft Police Department. Lt. Whiting stated he was contacted by Bakersfield Police Department that SOI 1 had been threatened to be killed by Diaz and had all his windows broken out of his vehicle. Diaz was taken into custody on criminal threats and vandalism on May 3, 2010.

23.     On May 5, 2010, I obtained Bakersfield Police Report 2010-90868 are reviewed the report. SOI 1 stated he received a telephone call on his cell phone from Diaz stating "Hey fool its Danny, I want to tell you one thing, you keep my name out of your mouth. I will

8

fucking shoot your ass and kill you too.   Don't talk to the police." SOI 1 stated he recognized Diaz's voice on the telephone because they were friends in the past.

24.     On May 5, 2010, Raul Ojeda and Daniel Diaz were taken into custody.   Ojeda denied any involvement in the robbery.     Diaz admitted to being present during the preplanning meeting two weeks prior, the rehearsal of the robbery one week prior, and at the robbery. Diaz stated Ojeda was the person responsible for the planning, the robbery and providing the information on the victim and ~~the where~~ the route of the postal truck would be taken on the day of the robbery.   As the previous driver for that route, Ojeda was privy to such information.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

IV.   CONCLUSION

25.     Based on the facts described in this affidavit,
along with my training and experience, I believe that
there is probable cause to believe DANIEL DIAZ and RAUL
OJEDA are in violation of Title 18, United States Code
Title 18 Section 371, Conspiracy to commit a crime of
violence; robbery, Title 18, Section 1708, Theft or
receipt of stolen mail matter, and Title 18 Section 2114
(a) Assault to obtain mail, money or other property of
United States.   This affidavit is to support a criminal
compliant and arrest warrant.

Connie R. Worrel

U.S. Postal Inspector

Subscribed and sworn before me this 6th day of May 2010 in Fresno,
CA.

Honorable Sandra M. Snyder

United States Magistrate Judge

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-oOo-



### UNITED STATES OF AMERICA
#### v.

#### DANIEL DIAZ

## WARRANT FOR ARREST

CASE NUMBER:

1:10-mj-cc109

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment      ___ Information      _X_ Complaint      ___ Order of court      ___ Violation Notice      ___ Probation Violation

charging him or her with (brief description of offenses)
Conspiring to commit armed robbery of a US Postal Service Employee
Conspiring to use a firearm to forcibly kidnap and rob a United States Postal Employee of mail, cash and items belonging
to the United States Postal Service
Forcibly stealing United States Mail and property belonging to the United States Postal Service

in violation of Title 18, United States Code, Section(s) 371, 1201, 1708, 2114.

| | |
|---|---|
| Sandra M. Snyder | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | May 6, 2010     Fresno, California |
| | Date and Location |
| Bail fixed at     $ _____   by     Sandra M. Snyder | |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA



—oOo—



### UNITED STATES OF AMERICA
**v.**

RAUL OJEDA

### WARRANT FOR ARREST

CASE NUMBER:

1: 10-mj-00109

**YOU ARE HEREBY COMMANDED** to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment    ___ Information    _X_ Complaint    ___ Order of court    ___ Violation Notice    ___ Probation Violation

charging him or her with (brief description of offenses)
Conspiring to commit armed robbery of a US Postal Service Employee
Conspiring to use a firearm to forcibly kidnap and rob a United States Postal Employee of mail, cash and items belonging to the United States Postal Service
Forcibly stealing United States Mail and property belonging to the United States Postal Service

in violation of Title 18, United States Code, Section(s) 371, 1201, 1708, 2114.

| | |
|---|---|
| Sandra M. Snyder, | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | May 6, 2010    Fresno, California |
| | Date and Location |
| Bail fixed at $ No Bail    by    Sandra M. Snyder | |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |