# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DANIEL DIAZ,<br><br>Defendant | CASE NO. 1:10-CR-178 AWI-2<br><br>**ORDER FOR RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Defendant Bruce Olson proceeding is pro se and now moves for early termination of supervised release under 18 U.S.C. § 3583.[1] See Doc. No. 71. The United States Probation Office for the Eastern District of California has filed a response to Defendant's motion. See Doc. No. 72. The Probation Office opposes early termination. See id. The Court finds that it is appropriate for the United States to file a response, and for Defendant to be given the opportunity to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States shall file a response to Defendant's motion within twenty-one (21) days of service of this order;[2] and

2. Defendant may file a reply to the United States' response within fourteen (14) days of service of the United States' response.[3]

IT IS SO ORDERED.

Dated:   February 11, 2019                              _____
                                                                            SENIOR DISTRICT JUDGE

---

[1] Defendant did not cite § 3583. However, because Defendant is proceeding pro se, the Court view his motion as based on § 3583.

[2] 18 U.S.C. § 3583(e) incorporates factors identified in 18 U.S.C. § 3553 to be considered in evaluating a request for early termination. To the extent that the United States or the United States Probation Office opposes early termination, their response shall address the relevant factors.

[3] If, after the Court reviews the submissions of the parties, the Court determines that a hearing is necessary, the Court will set a hearing date at that time.